ISABELLA L. LAKE, as Administratrix of the Estate of HIRAM LAKE, Deceased, Respondent, *v.* GEORGE W. ANDERSON, Appellant.

*Lake* v. *Anderson,* 76 App. Div. 189, appeal dismissed.
(Argued March 16, 1903; decided March 24, 1903.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 24, 1902, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the grounds that the affirmance was unanimous and that there was no legal question in the case of sufficient doubt to require its review by the Court of Appeals.

*A. D. Wales* for motion.

*J. C. Tallmadge* opposed.

Motion granted and appeal dismissed, with costs in this court and ten dollars costs of motion.